FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Trayvonne Terrel Adams<br>DEFENDANT(S). | CASE NUMBER<br>CR 02-0241-TJH |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a ~~detention~~ Preliminary hearing is set for February 24, 2015, ________, at 10:00 ☒a.m. / ☐p.m. before the Honorable Jean P. Rosenbluth, in Courtroom 827-A.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ________________ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/20/15

[signature]
U.S. ~~District Judge~~/Magistrate Judge